# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

March 23, 2023

**BY ECF & E-MAIL**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Yanis Vivar-Castro*, 23-cr-35 (VB)

Dear Judge Briccetti:

I am writing to request that the Court adjourn Mr. Vivar-Castro's March 27, 2023 appearance to April 4, 2023 at 10:30 a.m.

By way of background, Mr. Vivar-Castro was arrested on December 15, 2022 pursuant to a Complaint. On February 2, 2023, Mr. Vivar-Castro pleaded not guilty to a one-count Indictment alleging one count of Illegal Reentry, in violation of 8 U.S.C. § 1326. Mr. Vivar-Castro is currently scheduled to appear before the Court for a status conference on March 27, 2023. The parties are very close to finalizing a guilty plea. Thus, I request that the Court move the status conference to April 4, 2023 at 10:30 a.m. On that day, Mr. Vivar-Castro intends to accept responsibility via *Pimentel* letter.

Assistant United States Attorney Qais Ghafary has no objection to this requested adjournment. Shortly, AUSA Ghafary will file a motion (and proposed order) to exclude time under the Speedy Trial Act until April 4, 2023. Defense counsel has no objection to that forthcoming motion.

Sincerely,

Rachel S. Martin
Assistant Federal Defender

cc: Qais Ghafary, AUSA

---

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 3/23/23
White Plains, NY

Conference adjourned to 4/4/23 at 10:30 a.m. Time excluded under Speedy Trial Act in the interest of justice for the reasons set forth herein.